UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ERIKA ALEXANDRIA,

                        **Plaintiff,**                **25-CV-9858 (DEH) (VF)**

          -against-                      **ORDER**


JILL PLATNER INC.,
                      **Defendants.**

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

This case was referred to the undersigned for general pretrial supervision. See ECF No. 5. Plaintiff properly served Defendant with a complaint and summons on **December 8, 2025**. See ECF No. 6. Defendant's answer was due on **December 29, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

Defendant is directed to file its answer by **February 3, 2026**. Defendant is further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this order on Defendant.

                **SO ORDERED.**

DATED:    New York, New York
             January 13, 2026

                                      _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge