**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------------X**

**ERIKA ALEXANDRIA,**

                      **Plaintiff,**             **25-CV-9858 (DEH) (VF)**

        **-against-**                    **ORDER**

**JILL PLATNER INC.,**
                      **Defendant.**

**--------------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On **December 8, 2025**, Plaintiff properly served Defendant with a complaint and summons. See ECF No. 6. Defendant's answer was due on **December 29, 2025**, and Defendant did not file an answer. The Court sua sponte extended the deadline for Defendant to file its answer to **February 3, 2026**. ECF No. 7. That date has passed, and Defendant has not filed its answer.

Accordingly, Plaintiff is directed to file a proposed clerk's certificate of default and provide a proposed briefing schedule for default judgment on or by **March 23, 2026**. Plaintiff is also directed to serve a copy of this order on Defendant.

                  **SO ORDERED.**

DATED:     New York, New York
             February 20, 2026

                                  _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge